IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| William Altman | : | Case No. 18-24930-JCM |
| | : | Chapter 13 |
| Debtor(s) | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Document |
| | : | |
| Movant(s) | : | |
| | : | Hearing Date: |
| vs. | : | |
| | : | |
| William Altman | : | |
| | : | |
| Respondent(s) | : | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, **an in-person hearing** will be held on **March 26, 2024 at 1:30 p.m. before Judge John C. Melaragno** in Courtroom C, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **March 14, 2024.**

| | |
|---|---|
| 2/23/24 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-24930-JCM
William Altman  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 4
Date Rcvd: Feb 23, 2024  Form ID: pdf900  Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Altman, 101 Grandview Avenue, Midland, PA 15059-1115 |
| 14971052 | ++ | ELDERTON STATE BANK, 143 N MAIN ST, PO BOX 427, ELDERTON PA 15736-0427 address filed with court:, Elderton State Bank, 143 N Main St, Elderton, PA 15736 |
| 15041677 | + | HOME POINT FINANCIAL CORPORATION, C/o Jodi L. Hause, Esq., Phelan Hallinan Diamond & Jones, LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 300 Pittsburgh, PA 15219-4408 |
| 14979046 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 14981397 | + | Nationwide Credit, PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 14981398 | + | Patenaude & Felix, 501 Corporate Drive, Southpointe Center, SUITE 200, Canonsburg, PA 15317-8584 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 23 2024 23:58:41 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 23 2024 23:48:00 | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 15017889 | | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2024 23:48:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14971044 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2024 23:48:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15020495 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2024 00:10:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14971045 | + | Email/PDF: bncnotices@becket-lee.com | Feb 23 2024 23:58:30 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14981387 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2024 23:58:29 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 14971046 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 24 2024 00:10:04 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 14971047 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2024 23:48:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14996794 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2024 23:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14971050 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2024 23:58:07 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14971049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2024 00:10:00 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |

Case 18-24930-JCM  Doc 82  Filed 02/25/24  Entered 02/26/24 00:26:58  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 15038543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2024 23:58:28 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14971051 | + | Email/Text: mrdiscen@discover.com | Feb 23 2024 23:48:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15035652 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 23 2024 23:48:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14971053 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Feb 23 2024 23:48:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14971054 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 23 2024 23:48:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 14971055 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Feb 23 2024 23:48:00 | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 15426200 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 23 2024 23:48:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14971056 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 23 2024 23:48:00 | Home Point Financial C, 11511 Luna Rd Ste 300, Farmers Branch, TX 75234-6451 |
| 15040385 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 23 2024 23:48:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 14981392 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2024 23:48:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14971048 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2024 00:23:52 | Chase Mtg, P.o. Box 24696, Columbus, OH 43224 |
| 14971057 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 23 2024 23:48:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15018411 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2024 00:10:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14971058 | + | Email/Text: Documentfiling@lciinc.com | Feb 23 2024 23:48:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 15017806 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 24 2024 00:09:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14971059 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 24 2024 00:09:26 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14971061 | ^ | MEBN | Feb 23 2024 23:48:01 | Nationwide Bank, 1 Nationwide Plz, Columbus, OH 43215-2239 |
| 15036294 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2024 23:58:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14971554 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2024 23:58:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14971062 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 23 2024 23:58:05 | Syncb Home, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971063 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2024 00:09:31 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971064 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 23 2024 23:58:23 | Syncb/home Design Furn, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971065 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 23 2024 23:58:43 | Syncb/home Design Nahf, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971066 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 23 2024 23:58:06 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14971067 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2024 00:09:31 | Syncb/mattress Firm Ol, C/o Po Box 965036, |

| Recip ID | | Bypass Reason | Name and Address | | |
|---|---|---|---|---|---|
| 14971068 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Feb 24 2024 00:10:10 | Orlando, FL 32896-0001<br>Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15037611 | + | Email/PDF: ebn_ais@aisinfo.com | | Feb 23 2024 23:58:08 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14971060 | | Nationwide Bank |
| 14981396 | | Nationwide Bank |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14981382 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14981383 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14981384 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14981386 | *+ | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14981385 | *+ | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981388 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14981389 | *+ | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 14981390 | *+ | Home Point Financial C, 11511 Luna Rd Ste 300, Farmers Branch, TX 75234-6451 |
| 14981393 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14981391 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14981394 | *+ | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14981395 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14981399 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981400 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14981401 | *+ | Syncb/mattress Firm Ol, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981402 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 2 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2024                Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Feb 23, 2024 | Form ID: pdf900 | Total Noticed: 45

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Eric E. Bononi | on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lawrence W. Willis | on behalf of Debtor William Altman ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com |

TOTAL: 8