**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SIGNED
3/26/24 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-24930-JCM |
| | : | | |
| William Altman | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 3/26/2024 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER**   #79 Trustee's Motion To Dismiss
             #83 Reply by Debtor

**APPEARANCES:**
    Debtor: Lawrence W. Willis
    Trustee: Kate DeSimone

**NOTES:**

Willis:   We would request 90 days. Sixty days should not be a problem.

J.:       I will give the Debtors 60 days to complete the shortfall.

**OUTCOME:**   TO to be entered stating: On or before May 28, 2024, the Debtor shall complete all payments under the Plan. Counsel for the Debtor shall inform the Trustee's office once payment in full has been made. Upon payment in full, the Trustee shall withdraw the Motion to Dismiss. In the event the Trustee notifies the Court that payment in full is not made by the May 28, 2024 deadline, the case will be dismissed without further notice or hearing.