Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **William Altman** | : | Case No. 18−24930−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 94 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/29/24 at 02:30 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 27th of August, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 94 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  **On or before October 11, 2024**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This *Motion* is scheduled for hearing on **October 29, 2024 at 02:30 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24930-JCM |
| William Altman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 27, 2024 | Form ID: 300b | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Altman, 101 Grandview Avenue, Midland, PA 15059-1115 |
| 14971052 | ++ | ELDERTON STATE BANK, 143 N MAIN ST, PO BOX 427, ELDERTON PA 15736-0427 address filed with court:, Elderton State Bank, 143 N Main St, Elderton, PA 15736 |
| 15041677 | + | HOME POINT FINANCIAL CORPORATION, C/o Jodi L. Hause, Esq., Phelan Hallinan Diamond & Jones, LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 300 Pittsburgh, PA 15219-4408 |
| 14981397 | + | Nationwide Credit, PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 14981398 | + | Patenaude & Felix, 501 Corporate Drive, Southpointe Center, SUITE 200, Canonsburg, PA 15317-8584 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2024 23:41:08 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2024 00:20:37 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2024 23:43:00 | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 15017889 | | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2024 23:42:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14971044 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2024 23:42:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15020495 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2024 00:02:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14971045 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 23:41:56 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14981387 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:41:08 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 14971046 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 27 2024 23:42:00 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 14971047 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2024 23:45:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14996794 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2024 23:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14971050 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:41:52 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14971049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-24930-JCM    Doc 96    Filed 08/29/24    Entered 08/30/24 00:31:09    Desc Imaged
                         Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 27, 2024 | Form ID: 300b | Total Noticed: 46 |

| | | | | |
| --- | --- | --- | --- | --- |
| 15038543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:41:53 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| | | | Aug 28 2024 00:00:37 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14971051 | + | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15035652 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2024 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14971053 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 27 2024 23:45:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14971054 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 27 2024 23:43:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 14971055 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Aug 27 2024 23:43:00 | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 15426200 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2024 23:43:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14971056 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2024 23:43:00 | Home Point Financial C, 11511 Luna Rd Ste 300, Farmers Branch, TX 75234-6451 |
| 14979046 | ^ | MEBN | Aug 27 2024 23:37:38 | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 15040385 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2024 23:43:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 14981392 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2024 23:43:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14971048 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2024 00:20:55 | Chase Mtg, P.o. Box 24696, Columbus, OH 43224 |
| 14971057 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2024 23:42:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15018411 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2024 00:01:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14971058 | + | Email/Text: Documentfiling@lciinc.com | Aug 27 2024 23:43:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 15017806 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2024 23:40:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14971059 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2024 23:41:53 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14971061 | ^ | MEBN | Aug 27 2024 23:33:14 | Nationwide Bank, 1 Nationwide Plz, Columbus, OH 43215-2239 |
| 15036294 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:01:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14971554 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:02:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14971062 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:40:14 | Syncb Home, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971063 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:40:13 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971064 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:08 | Syncb/home Design Furn, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971065 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:06 | Syncb/home Design Nahf, C/o Po Box 965036, |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 300b | Total Noticed: 46 |

| Recip ID | Bypass | Name and Address | Date | Recipient |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-0001 |
| 14971066 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 27 2024 23:40:13 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14971067 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 27 2024 23:40:05 | Syncb/mattress Firm Ol, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971068 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 27 2024 23:41:49 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15037611 | + Email/PDF: ebn_ais@aisinfo.com | | Aug 28 2024 00:02:17 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14971060 | | Nationwide Bank |
| 14981396 | | Nationwide Bank |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14981382 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14981383 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14981384 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14981386 | *+ | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14981385 | *+ | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981388 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14981389 | *+ | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 14981390 | *+ | Home Point Financial C, 11511 Luna Rd Ste 300, Farmers Branch, TX 75234-6451 |
| 14981393 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14981391 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14981394 | *+ | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14981395 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14981399 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981400 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14981401 | *+ | Syncb/mattress Firm Ol, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981402 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 2 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Eric E. Bononi | on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence Willis | on behalf of Debtor William Altman ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com |

TOTAL: 9