**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> WILLIAM ALTMAN <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>          Movant <br>          vs. <br> No Respondents. | Case No.:18-24930 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

| | |
|---|---|
| August 26, 2024 | /s/  Ronda J. Winnecour <br> RONDA J WINNECOUR PA ID #30399 <br> CHAPTER 13 TRUSTEE WD PA <br> 600 GRANT STREET <br> SUITE 3250 US STEEL TWR <br> PITTSBURGH, PA  15219 <br> (412) 471-5566 <br> cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/28/2018 and confirmed on 5/15/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 89,869.00 |
| Less Refunds to Debtor | 22.89 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,846.11 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,600.00 | |
|   Trustee Fee | 4,369.61 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,969.61 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 51,511.81 | 0.00 | 51,511.81 |
|     Acct: 2753 | | | | |
|   ALLY BANK(*) | 17,210.32 | 17,210.32 | 2,282.27 | 19,492.59 |
|     Acct: 8236 | | | | |
|   FREEDOM CREDIT UNION | 4,225.00 | 4,225.00 | 478.63 | 4,703.63 |
|     Acct: 0003 | | | | |
| | | | | 75,708.03 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM ALTMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM ALTMAN | 22.89 | 22.89 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 3,600.00 | 3,600.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 6,168.47 | 6,168.47 | 0.00 | 6,168.47 |
|     Acct: 3565 | | | | |
| | | | | 6,168.47 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 110.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 9596 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 6,770.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 1003 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 4,468.74 | 0.00 | 0.00 | 0.00 |
|     Acct: 2655 | | | | |
|   CITIBANK NA** | 8,440.71 | 0.00 | 0.00 | 0.00 |
|     Acct: 4166 | | | | |
|   CITIBANK NA** | 1,454.20 | 0.00 | 0.00 | 0.00 |
|     Acct: 3007 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4301 | | | | |
|   LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6787 | | | | |
| MERRICK BANK | 7,964.16 | 0.00 | 0.00 | 0.00 |
| Acct: 8351 | | | | |
| NATIONWIDE BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7295 | | | | |
| PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2018 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 347.15 | 0.00 | 0.00 | 0.00 |
| Acct: 4264 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0110 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9515 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 5,729.15 | 0.00 | 0.00 | 0.00 |
| Acct: 6460 | | | | |
| INTERNAL REVENUE SERVICE* | 146.68 | 0.00 | 0.00 | 0.00 |
| Acct: 3565 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4644 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1528 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| D ANTHONY SOTTILE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMAS SONG ESQ FOR JODI L HAUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONWIDE CREDIT LINE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 81,876.50 |

TOTAL CLAIMED
PRIORITY          6,168.47
SECURED          21,435.32
UNSECURED       35,432.11

Date: 08/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
WILLIAM ALTMAN

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:18-24930

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24930-JCM |
| William Altman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Altman, 101 Grandview Avenue, Midland, PA 15059-1115 |
| 14971052 | ++ | ELDERTON STATE BANK, 143 N MAIN ST, PO BOX 427, ELDERTON PA 15736-0427 address filed with court:, Elderton State Bank, 143 N Main St, Elderton, PA 15736 |
| 15041677 | + | HOME POINT FINANCIAL CORPORATION, C/o Jodi L. Hause, Esq., Phelan Hallinan Diamond & Jones, LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 300 Pittsburgh, PA 15219-4408 |
| 14981397 | + | Nationwide Credit, PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 14981398 | + | Patenaude & Felix, 501 Corporate Drive, Southpointe Center, SUITE 200, Canonsburg, PA 15317-8584 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2024 23:41:07 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2024 23:40:21 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2024 23:43:00 | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 15017889 | | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2024 23:42:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14971044 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2024 23:42:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15020495 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2024 00:01:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14971045 | + | Email/PDF: bncnotices@becket-lee.com | Aug 28 2024 00:00:32 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14981387 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:00:52 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 14971046 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 27 2024 23:41:55 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 14971047 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2024 23:45:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14996794 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2024 23:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14971050 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:00:38 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14971049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15038543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:01:57 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| | | | Aug 27 2024 23:41:15 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14971051 | + | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15035652 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2024 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14971053 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 27 2024 23:45:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14971054 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 27 2024 23:43:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 14971055 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Aug 27 2024 23:43:00 | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 15426200 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2024 23:43:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14971056 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2024 23:43:00 | Home Point Financial C, 11511 Luna Rd Ste 300, Farmers Branch, TX 75234-6451 |
| 14979046 | ^ | MEBN | Aug 27 2024 23:37:39 | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 15040385 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2024 23:43:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 14981392 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2024 23:43:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14971048 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2024 00:01:49 | Chase Mtg, P.o. Box 24696, Columbus, OH 43224 |
| 14971057 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2024 23:42:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15018411 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2024 00:00:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14971058 | + | Email/Text: Documentfiling@lciinc.com | Aug 27 2024 23:43:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 15017806 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 28 2024 00:20:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14971059 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2024 23:41:04 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14971061 | ^ | MEBN | Aug 27 2024 23:33:15 | Nationwide Bank, 1 Nationwide Plz, Columbus, OH 43215-2239 |
| 15036294 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:40:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14971554 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:01:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14971062 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:20:40 | Syncb Home, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971063 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:02:16 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971064 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:20:49 | Syncb/home Design Furn, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971065 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:40:13 | Syncb/home Design Nahf, C/o Po Box 965036, |

Case 18-24930-JCM    Doc 97    Filed 08/29/24    Entered 08/30/24 00:31:09    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Orlando, FL 32896-0001 |
| 14971066 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:00:38 | | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14971067 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:02:15 | | Syncb/mattress Firm Ol, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971068 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:02:07 | | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15037611 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2024 23:41:56 | | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14971060 | | Nationwide Bank |
| 14981396 | | Nationwide Bank |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14981382 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14981383 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14981384 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14981386 | *+ | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14981385 | *+ | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981388 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14981389 | *+ | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 14981390 | *+ | Home Point Financial C, 11511 Luna Rd Ste 300, Farmers Branch, TX 75234-6451 |
| 14981393 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14981391 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14981394 | *+ | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14981395 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14981399 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981400 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14981401 | *+ | Syncb/mattress Firm Ol, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981402 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 2 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Eric E. Bononi | on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence Willis | on behalf of Debtor William Altman ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com |

TOTAL: 9