**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William Altman** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3565 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–24930–JCM | |

## Order of Discharge                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   William Altman

10/21/24                                    **By the court:** John C Melaragno
                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William Altman  
    Debtor

Case No. 18-24930-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Oct 21, 2024      Form ID: 3180W      Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Altman, 101 Grandview Avenue, Midland, PA 15059-1115 |
| 14971052 | ++ | ELDERTON STATE BANK, 143 N MAIN ST, PO BOX 427, ELDERTON PA 15736-0427 address filed with court:, Elderton State Bank, 143 N Main St, Elderton, PA 15736 |
| 15041677 | + | HOME POINT FINANCIAL CORPORATION, C/o Jodi L. Hause, Esq., Phelan Hallinan Diamond & Jones, LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 300 Pittsburgh, PA 15219-4408 |
| 14981397 | + | Nationwide Credit, PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 14981398 | + | Patenaude & Felix, 501 Corporate Drive, Southpointe Center, SUITE 200, Canonsburg, PA 15317-8584 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 22 2024 03:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 22 2024 03:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2024 00:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Oct 22 2024 03:54:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Oct 22 2024 03:54:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 22 2024 00:08:00 | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 15017889 | | EDI: GMACFS.COM | Oct 22 2024 03:54:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14971044 | + | EDI: GMACFS.COM | Oct 22 2024 03:54:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15020495 | | Email/PDF: bncnotices@becket-lee.com | Oct 22 2024 00:12:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 18-24930-JCM   Doc 101   Filed 10/23/24   Entered 10/24/24 00:29:43   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: 3180W | Total Noticed: 48 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14971045 | + | Email/PDF: bncnotices@becket-lee.com | Oct 22 2024 00:22:44 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14981387 | + | EDI: CITICORP | Oct 22 2024 03:54:00 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 14971046 | + | EDI: CAPONEAUTO.COM | Oct 22 2024 03:54:00 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 14971047 | + | Email/Text: bankruptcy@cavps.com | Oct 22 2024 00:09:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14996794 | + | Email/Text: bankruptcy@cavps.com | Oct 22 2024 00:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14971050 | + | EDI: CITICORP | Oct 22 2024 03:54:00 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14971049 | + | EDI: CITICORP | Oct 22 2024 03:54:00 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15038543 | + | EDI: CITICORP | Oct 22 2024 03:54:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14971051 | + | EDI: DISCOVER | Oct 22 2024 03:54:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15035652 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 22 2024 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14971053 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 22 2024 00:09:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14971054 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 22 2024 00:08:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 14971055 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Oct 22 2024 00:08:00 | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 15426200 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 22 2024 00:08:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14971056 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 00:08:00 | Home Point Financial C, 11511 Luna Rd Ste 300, Farmers Branch, TX 75234-6451 |
| 14979046 | ^ | MEBN | Oct 21 2024 23:56:08 | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 15040385 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 00:08:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 14981392 | | EDI: IRS.COM | Oct 22 2024 03:54:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14971048 | | EDI: JPMORGANCHASE | Oct 22 2024 03:54:00 | Chase Mtg, P.o. Box 24696, Columbus, OH 43224 |
| 14971057 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 22 2024 00:08:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15018411 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 00:22:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14971058 | + | EDI: LENDNGCLUB | Oct 22 2024 03:54:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 15017806 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 22 2024 00:12:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14971059 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 22 2024 00:12:31 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14971061 | ^ | MEBN | Oct 21 2024 23:55:45 | Nationwide Bank, 1 Nationwide Plz, Columbus, |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: 3180W | Total Noticed: 48 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | OH 43215-2239 |
| 15036294 | | EDI: PRA.COM | Oct 22 2024 03:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14971554 | + | EDI: PRA.COM | Oct 22 2024 03:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14971062 | + | EDI: SYNC | Oct 22 2024 03:54:00 | Syncb Home, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971063 | + | EDI: SYNC | Oct 22 2024 03:54:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971064 | + | EDI: SYNC | Oct 22 2024 03:54:00 | Syncb/home Design Furn, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971065 | + | EDI: SYNC | Oct 22 2024 03:54:00 | Syncb/home Design Nahf, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971066 | + | EDI: SYNC | Oct 22 2024 03:54:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14971067 | + | EDI: SYNC | Oct 22 2024 03:54:00 | Syncb/mattress Firm Ol, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971068 | + | EDI: SYNC | Oct 22 2024 03:54:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15037611 | + | EDI: AIS.COM | Oct 22 2024 03:54:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14971060 | | Nationwide Bank |
| 14981396 | | Nationwide Bank |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14981382 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14981383 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14981384 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14981386 | *+ | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14981385 | *+ | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981388 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14981389 | *+ | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 14981390 | *+ | Home Point Financial C, 11511 Luna Rd Ste 300, Farmers Branch, TX 75234-6451 |
| 14981393 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14981391 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14981394 | *+ | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14981395 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14981399 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981400 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14981401 | *+ | Syncb/mattress Firm Ol, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981402 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 2 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

Case 18-24930-JCM    Doc 101    Filed 10/23/24    Entered 10/24/24 00:29:43    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 21, 2024 | Form ID: 3180W | Total Noticed: 48 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:**

**Name**         **Email Address**

Brent J. Lemon
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION blemon@kmllawgroup.com  lemondropper75@hotmail.com

Denise Carlon
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com

Eric E. Bononi
  on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com  pa69@ecfcbis.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lawrence Willis
  on behalf of Debtor William Altman ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Mario J. Hanyon
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Thomas Song
  on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com

TOTAL: 9