IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   WILLIAM ALTMAN

            Debtor(s)

   Ronda J. Winnecour
            Movant
         vs.
   No Repondents.

Case No.:18-24930

Chapter 13

Related to:  Document No. 94

ORDER OF COURT

AND NOW, this __21st__ day of __October__, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
10/21/24 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-24930-JCM
William Altman Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Oct 21, 2024      Form ID: pdf900      Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Altman, 101 Grandview Avenue, Midland, PA 15059-1115 |
| 14971052 | ++ | ELDERTON STATE BANK, 143 N MAIN ST, PO BOX 427, ELDERTON PA 15736-0427 address filed with court:, Elderton State Bank, 143 N Main St, Elderton, PA 15736 |
| 15041677 | + | HOME POINT FINANCIAL CORPORATION, C/o Jodi L. Hause, Esq., Phelan Hallinan Diamond & Jones, LLP, Omni William Penn Office Tower, 555 Grant Street, Suite 300 Pittsburgh, PA 15219-4408 |
| 14981397 | + | Nationwide Credit, PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 14981398 | + | Patenaude & Felix, 501 Corporate Drive, Southpointe Center, SUITE 200, Canonsburg, PA 15317-8584 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2024 00:12:31 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2024 00:22:58 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 22 2024 00:08:00 | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 15017889 | | Email/Text: ally@ebn.phinsolutions.com | Oct 22 2024 00:08:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14971044 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 22 2024 00:08:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15020495 | | Email/PDF: bncnotices@becket-lee.com | Oct 22 2024 00:22:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14971045 | + | Email/PDF: bncnotices@becket-lee.com | Oct 22 2024 00:12:36 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14981387 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2024 00:12:33 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 14971046 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 22 2024 00:11:58 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 14971047 | + | Email/Text: bankruptcy@cavps.com | Oct 22 2024 00:09:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14996794 | + | Email/Text: bankruptcy@cavps.com | Oct 22 2024 00:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14971050 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2024 00:22:48 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14971049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | |
|---|---|---|---|
| 15038543 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2024 00:12:17 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| | | Oct 22 2024 00:22:43 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14971051 | + Email/Text: mrdiscen@discover.com | Oct 22 2024 00:08:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15035652 | + Email/Text: kburkley@bernsteinlaw.com | Oct 22 2024 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14971053 | + Email/Text: collectionbankruptcies.bancorp@53.com | Oct 22 2024 00:09:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14971054 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 22 2024 00:08:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 14971055 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | Oct 22 2024 00:08:00 | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 15426200 | Email/Text: Bankruptcy@Freedommortgage.com | Oct 22 2024 00:08:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14971056 | + Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 00:08:00 | Home Point Financial C, 11511 Luna Rd Ste 300, Farmers Branch, TX 75234-6451 |
| 14979046 | ^ MEBN | Oct 21 2024 23:56:09 | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 15040385 | + Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 00:08:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 14981392 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 22 2024 00:08:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14971048 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 22 2024 00:12:28 | Chase Mtg, P.o. Box 24696, Columbus, OH 43224 |
| 14971057 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 22 2024 00:08:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15018411 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 00:22:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14971058 | + Email/Text: Documentfiling@lciinc.com | Oct 22 2024 00:08:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 15017806 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 22 2024 00:12:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14971059 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 22 2024 00:12:17 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14971061 | ^ MEBN | Oct 21 2024 23:55:48 | Nationwide Bank, 1 Nationwide Plz, Columbus, OH 43215-2239 |
| 15036294 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2024 00:12:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14971554 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2024 00:12:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14971062 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:12:28 | Syncb Home, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971063 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:12:30 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971064 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:12:31 | Syncb/home Design Furn, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971065 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:12:19 | Syncb/home Design Nahf, C/o Po Box 965036, |

Case 18-24930-JCM    Doc 102    Filed 10/23/24    Entered 10/24/24 00:29:43    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| Recip ID | Bypass Reason | Name and Address | Date/Time | Address |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-0001 |
| 14971066 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:12:31 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14971067 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:12:15 | Syncb/mattress Firm Ol, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14971068 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 00:11:57 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15037611 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 22 2024 00:12:02 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14971060 | | Nationwide Bank |
| 14981396 | | Nationwide Bank |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14981382 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14981383 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14981384 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14981386 | *+ | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14981385 | *+ | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981388 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14981389 | *+ | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 14981390 | *+ | Home Point Financial C, 11511 Luna Rd Ste 300, Farmers Branch, TX 75234-6451 |
| 14981393 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14981391 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14981394 | *+ | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14981395 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14981399 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981400 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14981401 | *+ | Syncb/mattress Firm Ol, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981402 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 2 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024              Signature:         /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Oct 21, 2024 | Form ID: pdf900 | Total Noticed: 46 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Brent J. Lemon
　　on behalf of Creditor FREEDOM MORTGAGE CORPORATION blemon@kmllawgroup.com  lemondropper75@hotmail.com

Denise Carlon
　　on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com

Eric E. Bononi
　　on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com  pa69@ecfcbis.com

Keri P. Ebeck
　　on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
　　btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lawrence Willis
　　on behalf of Debtor William Altman ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Mario J. Hanyon
　　on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
　　mario.hanyon@brockandscott.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

Thomas Song
　　on behalf of Creditor Home Point Financial Corporation pawb@fedphe.com

TOTAL: 9