**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM ALTMAN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:18-24930<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/28/2018 and confirmed on 05/15/2019. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 89,869.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,869.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,600.00 | |
| Trustee Fee | 4,369.61 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,969.61 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FREEDOM MORTGAGE CORPORATION | 0.00 | 51,511.81 | 0.00 | 51,511.81 |
| Acct: 2753 | | | | |
| ALLY BANK(*) | 17,210.32 | 17,210.32 | 2,282.27 | 19,492.59 |
| Acct: 8236 | | | | |
| FREEDOM CREDIT UNION | 4,225.00 | 4,225.00 | 478.63 | 4,703.63 |
| Acct: 0003 | | | | |
| | | | | 75,708.03 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM ALTMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM ALTMAN | 22.89 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 3,600.00 | 3,600.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 6,168.47 | 6,168.47 | 0.00 | 6,168.47 |
| Acct: 3565 | | | | |

| 18-24930 | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 22.89 | 22.89 | 0.00 | 22.89 |
| Acct: XXXXXXXXXXXXXXXXXX4930 | | | | |
| | | | | 6,191.36 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY(*) | 110.77 | 0.00 | 0.00 | 0.00 |
| Acct: 9596 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 6,770.55 | 0.00 | 0.00 | 0.00 |
| Acct: 1003 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 4,468.74 | 0.00 | 0.00 | 0.00 |
| Acct: 2655 | | | | |
| CITIBANK NA** | 8,440.71 | 0.00 | 0.00 | 0.00 |
| Acct: 4166 | | | | |
| CITIBANK NA** | 1,454.20 | 0.00 | 0.00 | 0.00 |
| Acct: 3007 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4301 | | | | |
| LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6787 | | | | |
| MERRICK BANK | 7,964.16 | 0.00 | 0.00 | 0.00 |
| Acct: 8351 | | | | |
| NATIONWIDE BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7295 | | | | |
| PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2018 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 347.15 | 0.00 | 0.00 | 0.00 |
| Acct: 4264 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0110 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9515 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 5,729.15 | 0.00 | 0.00 | 0.00 |
| Acct: 6460 | | | | |
| INTERNAL REVENUE SERVICE* | 146.68 | 0.00 | 0.00 | 0.00 |
| Acct: 3565 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4644 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1528 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| D ANTHONY SOTTILE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMAS SONG ESQ FOR JODI L HAUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONWIDE CREDIT LINE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | | | 81,899.39 |
|---|---|---|---|---|

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 6,191.36 |
| SECURED | 21,435.32 |
| UNSECURED | 35.432.11 |

Date: 01/16/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com